to be due the plaintiffs for materials furnished and used in the construction of certain buildings at the J. N. Adam Memorial Hospital, owned by the city of Buffalo, and situated at Perrysburg, to enforce the payment of moneys due under the contract, assigned by Hager & George, Inc., the contractor, to the defendant John M. Hoen for the benefit of plaintiffs, to set aside certain waivers of such assignment, made by John M. Hoen in favor of the defendant Bank of North Collins, and to recover the moneys paid by the city of Buffalo to the Bank of North Collins on such waivers. Answers were interposed by several defendants, asking that mechanics' liens filed against such funds be established, and the amount of such claims be ordered paid from said funds.

*S. Fay Carr* for appellants.

*William S. Rann, Corporation Counsel (George E. Pierce* of counsel), for city of Buffalo, respondent.

*Ernest F. Kruse* for Bank of North Collins, respondent.

*George C. Riley* for Frank C. Hager et al., respondents.

*Thomas C. Burke* for McNeil Lumber Company, Inc., respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, POUND, CRANE and ANDREWS, JJ. Not voting: CARDOZO, J.

---

JAMES BARKER, as Receiver of the Estate of STEPHEN C. WILLIAMS, Deceased, Respondent, *v.* HENRY STEERS, INCORPORATED, Defendant, and THE CITY AND COUNTY CONTRACT COMPANY et al., Appellants.

*Ejectment — adverse possession — possession under tax leases.*

*Barker* v. *Steers, Inc.,* 184 App. Div. 910, affirmed.

(Argued April 22, 1920; decided June 1, 1920.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered May 29, 1918, affirming a judgment in favor of plaintiff entered upon the report of a referee. The action was in ejectment to recover possession of certain lands in the town of White Plains, and for damages, the complaint

alleging that defendants had unlawfully entered thereon, committed waste and withheld possession from the plaintiff. Defendant City and County Contract Company denied plaintiff's title and itself claimed title by adverse possession and right of possession under certain tax leases. The other defendants denied plaintiff's title and rested their rights upon title of defendant Contract Company. The referee, to whom the issues were referred, having found in favor of the plaintiff upon the question of title and having decided that the tax leases were void, a stipulation was entered into by the parties to the effect that the action should thereafter proceed as if proceedings by the railroad company had been begun to condemn the premises under the General Condemnation Act, and referring the question of the value of the premises to the same referee. The judgment appealed from was for the damages found under such stipulation.

*Ralph Polk Buell, George S. Graham* and *John B. Knox* for appellants.

*Frederick B. Van Kleeck, Jr., Oscar L. Warren* and *Alfred J. Talley* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch.-J., CHASE, COLLIN, CARDOZO, POUND, CRANE and ANDREWS, JJ.

---

FREDERICK KERR, Appellant, *v.* FREDERICK T. TAG- LIAVIA, Respondent.

*Appeal — unanimous affirmance of judgment· dismissing ˙complaint in action upon foreign judgment.*

Kerr v. *Tagliavia*, 186 App. Div. 893, appeal dismissed.
(Argued April 23, 1920; decided June 1, 1920.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 29, 1918, unanimously affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term without a jury. The action was brought upon a judgment obtained in England against this defendant as acceptor of a bill of